IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY A. TEAGUE                                               PLAINTIFF

v.                          No. 4:14-cv-689-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                     DEFENDANT

ORDER

Unopposed recommendation, № 19, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The complaint, № 2, will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2015