IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY A. TEAGUE                                               PLAINTIFF

v.                          No. 4:14-cv-689-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                     DEFENDANT

JUDGMENT

Teague's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

28 October 2015